■ In the Matter of LASHAWN L., a Person Alleged to be a Juvenile Delinquent, Appellant. [8 NYS3d 63]—Order, Family Court, New York County (Susan R. Larabee, J.), entered on or about October 30, 2013, which adjudicated appellant a juvenile delinquent upon a fact-finding determination that she committed an act that, if committed by an adult, would constitute the crime of attempted assault in the second degree, and placed her on probation for a period of 18 months, unanimously affirmed, without costs.

The court's finding was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's credibility determinations. The record supports the inference that when appellant threw three textbooks at her teacher, hit her in the face with the top of a box, and then threw a large, hard-edged eraser at her, appellant intended to cause physical injury, a natural and likely consequence of such acts (*see People v Getch*, 50 NY2d 456, 465 [1980]; *Matter of Mike R.*, 121 AD3d 433 [1st Dept 2014]). Concur—Acosta, J.P., Saxe, Moskowitz and Richter, JJ.